United States District Court
Southern District of Texas
**ENTERED**
August 11, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CADENCE BANK | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-26-512 |
| | § | |
| BEAUTY REVOLUTION AND CO. | § | |
| LLC and FERNANDO SERRANO | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Judge Bennett's Memorandum and Recommendation (Doc. No. 12) that this case be dismissed for Plaintiff's failure to properly serve Defendants. No objections have been filed and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that Plaintiff has failed to properly serve Defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 12) is **ADOPTED**. This case is **DISMISSED** without prejudice.

SIGNED this 11th day of August 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE